UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARRY WEIGLE,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>             Defendants. | Case No. 2:22-cv-01000-MCE-JDP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant Fed. R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 16(b)(4), the Court GRANTS Plaintiff Larry Weigle's motion for leave to file a First Amended Complaint.

The First Amended Complaint shall be filed with the Court within fourteen (14) days after the date this Order is electronically filed.

Defendants' pending Motion to Dismiss (ECF No. 6) is DENIED as moot.

IT IS SO ORDERED.

Dated:  November 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
*Weigle v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-01000-MCE-JDP