UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WEIGLE,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2:22-cv-01000-MCE-JDP<br><br>**ORDER** |

Defendants' Motion for Reconsideration (ECF No. 21) is DENIED.

IT IS SO ORDERED.

Dated: November 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1