Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Attorneys for Plaintiff
LARRY WEIGLE

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
HUNTER GREENWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARRY WEIGLE,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, and HUNTER GREENWOOD,<br><br>             Defendants. | Case No. 2:22-cv-01000-MCE-JDP<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HUNTER GREENWOOD TO FILE AN OPPOSITION TO PLAINTIFF LARRY WEIGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: EXCESSIVE FORCE; ORDER** |

1

Plaintiff Larry Weigle and Defendant Hunter Greenwood submit the following stipulation for extension of time to file an opposition to the pending motion for partial summary judgment, ECF No. 34.

WHEREAS, Weigle filed a motion for partial summary judgment against Greenwood on February 16, 2023, *see* ECF No. 34;

WHEREAS, Local Rules require the filing of an opposition or non-opposition by Greenwood to Weigle's motion by March 2, 2023, *see* E.D. Cal. L.R. 230(c);

WHEREFORE, Greenwood seeks additional time to prepare an opposition to Weigle's motion; and

Now, THEREFORE, Weigle and Greenwood STIPULATE that Greenwood may receive a 30-day extension of time to file an opposition to Weigle's motion by April 3, 2023.

IT IS SO STIPULATED.

Dated: February 27, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*
(as authorized on February 27, 2023)
By: _____
Mark E. Merin
Paul H. Masuhara

   Attorneys for Plaintiff
   LARRY WEIGLE

Dated: February 27, 2023

Respectfully Submitted,
PORTER | SCOTT

*/s/ Suli A. Mastorakos*
(as authorized on February 27, 2023)
By: _____
Carl L. Fessenden
Suli A. Mastorakos

   Attorneys for Defendant
   HUNTER GREENWOOD

2

**JOINT STIPULATION FOR EXTENSION OF TIME FOR GREENWOOD TO FILE AN OPPOSITION TO WEIGLE'S MSJ**
*Weigle v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-01000-MCE-JDP

## ORDER

GOOD CAUSE APPEARING, the stipulation for extension is GRANTED:

1. The time for Greenwood to file an opposition or non-opposition to Weigle's motion for partial summary judgment, ECF No. 34, is EXTENDED by 30 days to April 3, 2023.

2. The currently-schedule hearing date for Weigle's motion for partial summary judgment of March 23, 2023, ECF No. 34, is CONTINUED to April 27, 2023.

IT IS SO ORDERED.

Dated:  February 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3

**JOINT STIPULATION FOR EXTENSION OF TIME FOR GREENWOOD TO FILE AN OPPOSITION TO WEIGLE'S MSJ**
*Weigle v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-01000-MCE-JDP