**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
HUNTER GREENWOOD
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WEIGLE, | CASE NO. 2:22-cv-01000-MCE-JDP |
| Plaintiff, | **ORDER GRANTING DEFENDANT HUNTER GREENWOOD'S EX PARTE APPLICATION TO MODIFY BRIEFING SCHEDULE AND MOVE HEARING DATE, TO THE EXTENT ONE IS HELD, ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: USE-OF-FORCE TO OBTAIN DISCOVERY IN ORDER TO OPPOSE SAME** |
| v. | |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DOE 1, DOE 2, and DOE 3, | |
| Defendants. | FAC: 11/07/22<br>Complaint Filed: 06/09/22 |
| _____/ | |

The Court hereby GRANTS Defendant HUNTER GREENWOOD's Ex Parte Application to modify the briefing scheduling and move the hearing date, to the extent one is held, regarding Plaintiff LARRY WEIGLE's ("Plaintiff") Motion for Partial Summary Judgment Re: Use of Force in order to conduct the necessary discovery to oppose Plaintiff's Motion.

Accordingly, the briefing schedule is modified, with an opposition due no later than May 31, 2023, and a Reply 10 days after. If the Court deems a hearing, one will be set on the Court's own motion on a date and time to be determined.

IT IS SO ORDERED.

Dated:  March 22, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE