1  Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
2  LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
3  Sacramento, California 95814
Telephone:    (916) 443-6911
4  Facsimile:    (916) 447-8336
E-Mail:    mark@markmerin.com
5         paul@markmerin.com
6
Attorneys for Plaintiff
7  LARRY WEIGLE
8
RIVERA HEWITT PAUL LLP
9  WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
10  Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
11  Email: wmotooka@rhplawyers.com
12
Attorneys for Defendants
13  COUNTY OF SACRAMENTO, SACRAMENTO
COUNTY SHERIFF'S DEPARTMENT,
14  and SCOTT JONES
15

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
HUNTER GREENWOOD

16                    UNITED STATES DISTRICT COURT

17                   EASTERN DISTRICT OF CALIFORNIA

18                       SACRAMENTO DIVISION

19  LARRY WEIGLE,                        Case No. 2:22-cv-01000-MCE-JDP

20         Plaintiff,                    **STIPULATION FOR REFERRAL AND
                                         SETTLEMENT CONFERENCE; ORDER**
21  vs.

22  COUNTY OF SACRAMENTO, SACRAMENTO
COUNTY SHERIFF'S DEPARTMENT, SCOTT
23  JONES, and HUNTER GREENWOOD,

24         Defendants.

25

26

27

28

1

**STIPULATION**

Pursuant to Local Rule 270, the parties—Plaintiff Larry Weigle; Defendants County of Sacramento, Sacramento County Sheriff's Department, and Scott Jones; and Defendant Hunter Greenwood—submit the following Joint Stipulation for Settlement Conference.

WHEREAS, the parties jointly agree to participate in an early settlement conference before Magistrate Judge Kendall J. Newman;

WHEREFORE, the parties have contacted and confirmed the availability of their principals and Magistrate Judge Newman to conduct a settlement conference in this matter on May 19, 2023; and

Now, THEREFORE, the parties STIPULATE:

1.    that this matter shall be REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference; and

2.    that a settlement conference shall be SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on May 19, 2023.

IT IS SO STIPULATED.

Dated: April 13, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiff
LARRY WEIGLE

Dated: April 14, 2023

Respectfully Submitted,
RIVERA HEWITT PAUL LLP

*/s/ Wendy Motooka*
(as authorized on April 14, 2023)

By: _____
Wendy Motooka

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO
COUNTY SHERIFF'S DEPARTMENT,
and SCOTT JONES

2

Dated: April 14, 2023

Respectfully Submitted,

**P O R T E R | S C O T T**

*/s/ Carl L. Fessenden*
(as authorized on April 14, 2023)

By: _____
Carl L. Fessenden
Suli A. Mastorakos

Attorneys for Defendant
HUNTER GREENWOOD

## ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

1.      This matter is REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference.

2.      A settlement conference is SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on May 19, 2023.

3.      The pending Motions to Dismiss (ECF Nos. 25, 30) and Motion for Summary Judgment (ECF No. 34) are DENIED without prejudice to renewal if the settlement conference is unsuccessful.

IT IS SO ORDERED.

Dated:  April 17, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3